IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jodas Etienne, | : | |
| | : | Case No. 1:26-cv-926 |
| Petitioner, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order |
| Matthew Putra, U.S. Immigration and Customs Enforcement, Director of Detroit Field Office, Enforcement and Removal Operations, *et al.*, | : | |
| Respondents. | | |

Petitioner, Jodas Etienne, brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Etienne from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to serve a copy of the Habeas Petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. Counsel for Respondents shall promptly file a notice of appearance.

Respondents are ordered to show cause why this Habeas Petition should not be granted

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

by filing a Return of Writ no later than **Friday, September 18, 2026**. Petitioner should file a Reply brief by **Wednesday, September 23, 2026.**

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge